Katherine F. Parks, Esq.
Nevada Bar No. 6227
Thorndal Armstrong, PC
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
Tel: (775) 786-2882
kfp@thorndal.com
Attorney for Defendants
DOUGLAS COUNTY, MATTHEW SAMPSON,
CHRISTOPHER CARSON, and TYREE HOLDRIDGE

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HUNTER SMITH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLAS COUNTY on relation of the DOUGLAS COUNTY SHERIFF'S OFFICE, a political subdivision of the State of Nevada; MATTHEW SAMPSON, individually; CHRISTOPHER CARSON, individually; TYREE HOLDRIDGE, individually; DOES I-V, inclusive,<br><br>Defendants. | Case No. 3:24-cv-00340-MMD-CLB<br><br>**ORDER GRANTING STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

COMES NOW Plaintiff, HUNTER SMITH, and Defendants, DOUGLAS COUNTY, MATTHEW SAMPSON, CHRISTOPHER CARSON, and TYREE HOLDRIDGE, by and through their attorneys of record, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate that the above-entitled matter be dismissed with prejudice in its entirety, and each party to bear their own costs and attorney's fees.

Dated this 20th day of March, 2025.

BREEDEN & ASSOCIATES, PLLC

By: */s/ Adam Breeden*
    ADAM J. BREEDEN, ESQ.
    Nevada Bar No. 8768
    7432 W. Sahara Ave., Suite 101
    Las Vegas, NV 89117
    Attorneys for Plaintiff

Dated this 20th day of March, 2025.

THORNDAL ARMSTRONG, PC

By: */s/ Katherine Parks*
    KATHERINE F. PARKS, ESQ.
    6590 S. McCarran Blvd, Suite B
    Reno, NV 89509
    Attorney for Defendants

- 1 -

1 | *Case No. 3:24-cv-00340-MMD-CLB*

2 **ORDER**

4   IT IS SO ORDERED.

5   DATED: This 20th day of March, 2025.

7   _____
      UNITED STATES DISTRICT COURT JUDGE

- 2 -